AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Marina Salvador Agustin
a/k/a "Y.M.V.A."
*Defendant*

Case No.

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: ________________

Marina Salvador
*Defendant's signature*

*Signature of defendant's attorney*

Austin David Crocker
*Printed name of defendant's attorney*

*Judge's signature*

*Judge's printed name and title*