.UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO.

MARINA AGUSTIN SALVADORE
a/k/a Y.M.V.A.

**WAIVER OF RIGHT TO SPEEDY INDICTMENT**

I, Marina Agustin Salvadore, having been fully advised by my counsel and the Court of my right to a speedy Indictment pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et. seq.*, and the United States Constitution, hereby agree to waive my right to be indicted within thirty days of the Complaint filed herein.

EXECUTED this ____ day of September 2026, in TAMPA, Florida.

Marina Salvador A
Defendant

Counsel