AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Marina Salvador Agustin<br>a/k/a "Y.M.V.A."<br>*Defendant* | ) ) ) ) ) | Case No. 8:26-cr-304-TPB-NHA |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/16/2026

Marina Salvador
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

Austin David Crocker
*Printed name of defendant's attorney*

Natalie Hirt Adams
*Judge's signature*

Natalie Hirt Adams, USMJ
*Judge's printed name and title*