UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

The Honorable Natalie Hirt Adams
Courtroom 11A

United States v. Marina Salvador Agustin
8:26-cr-00304-TPB-NHA

| | |
|---|---|
| **Date**: October 16, 2026 | **Court Reporter**: Digital |
| | **Interpreter**: Jesse Leonor (Spanish) |
| **Time**: 1:58 PM–3:00 PM\| Total: 1 Hour and 2 Mins | **Deputy Clerk**: Clara Reaves |
| | |
| **Government Counsel** | **Defense Counsel** |
| Erin Favorit, AUSA | Austin Crocker, Ret. |

**Change of Plea Hearing**

Interpreter sworn.

Plea Agreement filed.

Defendant sworn.

Court finds Defendant competent to enter a plea of guilty.

Defendant consents to magistrate judge presiding over change of plea.

Court advises Defendant of charges, penalties, and rights and reviews Information and Plea Agreement.

Waiver of Indictment reaffirmed and accepted in open court.

Defendant admits factual basis as read by government from the Plea Agreement. Court finds facts admitted support essential elements of Count One.

Plea of guilty entered by Defendant as to Count One of the Information.

Court will issue a report and recommendation to the District Judge.

Adjudication of guilt deferred.

Referred to probation for presentence investigation.

Sentencing schedule to be determined.

Defendant directed to report to Probation for interview.

Defendant remanded to the custody of the USM.

Court in recess.